BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
      312 North Spring Street, 11th Floor
      Los Angeles, California 90012
      Telephone: (213) 894-2686
      Facsimile: (213) 894-6269
      E-mail:    James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>                v.<br><br>VIRTUAL CURRENCY AND<br>$2,061,517.68 IN U.S. CURRENCY,<br><br>          Defendants. | Case No. 2:25-CV-04631<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF RELATED CIVIL FORFEITURE AND CRIMINAL CASES PURSUANT TO LOCAL RULE 83-1.3.2** |

PLEASE TAKE NOTICE that plaintiff United States of America hereby files this Notice of Related Civil Forfeiture and Criminal Cases pursuant to Local Rule 83-1.3.2 as follows:

The instant in rem civil forfeiture lawsuit against defendants Virtual Currency and $2,061,517.68 in U.S. Currency (collectively, the "defendant assets") is related to United States v. Rustam Rafailevich Gallyamov, Case No. 25-cr-00340-SB (the "criminal case"). The instant civil forfeiture case and the earlier-filed criminal case are related because they (a) arise from the same or a closely related transaction, happening or event (Local Rule 83-1.3.2(a)); (b) call for determination of the same or substantially related or similar questions of law and fact (Local Rule 83-1.3.2(b)); or (c) involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (Local Rule 83-1.3.2(c)).

The complaint in the instant civil forfeiture lawsuit refers to the criminal case and identifies criminal defendant Gallyamov as an individual whose interests may be adversely affected by the civil forfeiture lawsuit. See forfeiture complaint ¶¶ 8 and 13 and indictment. In addition, the indictment charges Gallyamov with violations of 18 U.S.C. §§ 371 (conspiracy to violate 18 U.S.C. § 1030) and 1349 (conspiracy to violate 18 U.S.C. § 1343) and seeks the forfeiture of all assets constituting traceable proceeds of the offenses for which Gallyamov has been charged while the instant civil forfeiture lawsuit seeks to forfeit the defendant assets on grounds, among others, that they constitute traceable proceeds of 18 U.S.C. §§ 1030 and 1343 violations. See indictment forfeiture allegations one and two and forfeiture complaint third claim for relief. In addition, both the criminal case and the civil forfeiture lawsuit relate to the activities of Gallyamov and the Qakbot conspirators infecting hundreds of thousands of victim computers and extorting

ransom payments from victims.  See indictment ¶¶ 1-11 and 19-25 and forfeiture complaint ¶¶ 9-12.  Accordingly, the instant civil forfeiture lawsuit is related to the criminal case because the conditions of Local Rule 83-1.3.2(a), (b) or (c) are met.

Dated: May 22, 2025                Respectfully submitted,

                                   BILAL A. ESSAYLI
                                   United States Attorney
                                   CHRISTINA T. SHAY
                                   Assistant United States Attorney
                                   Chief, Criminal Division
                                   JONATHAN GALATZAN
                                   Assistant United States Attorney
                                   Chief, Asset Forfeiture & Recovery
                                   Section


                                    /s/ James E. Dochterman
                                   JAMES E. DOCHTERMAN
                                   Assistant United States Attorney
                                   Asset Forfeiture & Recovery Section

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA