BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
      312 North Spring Street, 11th Floor
      Los Angeles, California 90012
      Telephone: (213) 894-2686
      Facsimile: (213) 894-6269
      E-mail:    James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

                         WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>VIRTUAL CURRENCY AND<br>$2,061,517.68 IN U.S. CURRENCY,<br><br>　　　　Defendants. | Case No. 2:25-CV-04631<br><br>**WARRANT** |

     TO: UNITED STATES MARSHALS SERVICE

     A Verified Complaint for Forfeiture having been filed in this action,

     IT IS ORDERED that you attach Virtual Currency and $2,061,517.68 in U.S. Currency, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this

1

Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: __May 23, 2025__

BRIAN D. KARTH, Clerk of Court

_J. Tillman_
Deputy Clerk