UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.:   2:25-CV-04631-SB-MAR | Date:   July 22, 2025 |
|---|---|

| Title:   United States of America v. Virtual Currency et al |
|---|

| Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James Edmund Dochterman, AUSA | No appearance |

**Proceedings: (Minutes of)** Status Conference **(Held and completed)**

The Court heard from the government about the status of the case and its plans to serve Rustam Rafailevich Gallyamov and notify the alleged victims. The Court sets a further status conference on September 12, 2025 at 8:30 a.m. The government shall file a supplemental report no later than August 29, 2025.

0:10

CV-90 (12/02)                         **CIVIL MINUTES – GENERAL**                Initials of Deputy Clerk JGR

1