BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    312 North Spring Street, 11th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-2686
    Facsimile:  (213) 894-6269
    E-mail:    James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>Defendants. | Case No. 2:25-cv-04631-SB-MAR<br><br>**EX PARTE APPLICATION FOR ORDER APPOINTING FEDERAL BUREAU OF INVESTIGATION AS SUBSTITUTE CUSTODIAN FOR DEFENDANT VIRTUAL CURRENCY IN PLACE OF THE U.S. MARSHALS SERVICE; MEMORANDUM OF POINTS AND AUTHORITIES** |

1

Pursuant to Supplemental Rule E(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Local Rule E.14(a) of the Rules for Admiralty and Maritime Claims, plaintiff United States of America hereby respectfully applies for an order appointing the Federal Bureau of Investigation as the substitute custodian for the defendant Virtual Currency in place of the United States Marshals Service. This application is based on the attached Memorandum of Points and Authorities and the pleadings and file in this case.

DATED: August 14, 2025                Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff United States of America ("plaintiff" or the "government") seeks an order appointing the Federal Bureau of Investigation ("FBI") as the substitute custodian of the defendant Virtual Currency in place of the United States Marshals Service ("USMS").

Local Rule E.14(a) of the Rules for Admiralty and Maritime Claims provides, in pertinent part,

> When . . . property is brought into the Marshal's custody by arrest or attachment, the Marshal shall arrange for adequate safekeeping . . . . <u>A substitute custodian in place of the Marshal may be appointed by order of the Court.</u>[1]

(Emphasis added.) Likewise, Supplemental Rule E(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions states, in relevant part:

> If tangible property is to be attached or arrested, the marshal *or other person or organization having the warrant* shall take it into the marshal's possession for safe custody. If the character or situation of the property is such that the taking of actual possession is impracticable, the marshal *or other person executing the process* shall affix a copy thereof to the property in a conspicuous place and leave a copy of the complaint and process with the person having possession or the person's agent.

(Emphasis added.)

---

[1] "A substitute custodian is held to the same standard of care as the USMS, which is essentially a reasonable standard of care." *See Scotiabank de Puerto Rico v. M/V Atuti*, 326 F.Supp.2d 282, 284 (D. Puerto Rico 2004).

In forfeiture actions, the arrest warrant may be delivered to, and process may be executed by, "any officer or employee of the United States." Supplemental Rules B(1)(d)(ii)(D) and C(3)(b)(ii)(D).

The Asset Forfeiture Policy Manual (2006), Ch. 5, Sec. I(A) and (B) (footnotes omitted), provides.

> The USMS has primary authority over the management and disposal of seized assets in its custody that are subject to forfeiture or are forfeited under laws enforced by agencies within the Department of Justice as well as certain other federal agencies by agreement. Arrangements for property services or commitments pertaining to the management and disposition of such property are the responsibility of the USMS.
>
> . . .
>
> Management and disposal of assets seized by agencies within the Department of Treasury and other agencies included by agreement (including certain agencies moved from Treasury to the Department of Homeland Security) are handled by property custodians (generally contractors) operating under Treasury guidelines.

Here, the seizing and investigating agency is the FBI and is the custodian of the defendant Virtual Currency. Accordingly, the USMS is not the custodian of the defendant Virtual Currency.

//
//
//

4

For these reasons, the government respectfully requests that the Court appoint the FBI as the substitute custodian in place of the USMS for the defendant Virtual Currency.

DATED: August 14, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA