BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    312 North Spring Street, 11th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-2686
    Facsimile:  (213) 894-6269
    E-mail:     James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>       Defendants. | Case No. 2:25-cv-04631-SB-MAR<br><br>**GOVERNMENT'S RESPONSE TO COURT'S AUGUST 19, 2025, IN CHAMBERS ORDER REGARDING GOVERNMENT'S COMPLIANCE WITH LOCAL RULE E.14(83)(a) OF THE LOCAL RULES FOR ADMIRALTY AND MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS (Dkt. 19)** |

      Plaintiff United States of America ("the government") respectfully submits this response to the Court's August 19, 2025, In Chambers Order regarding the government's compliance with Local Rule E.14(83)(a) of the Local Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions with respect to the government's *ex parte*

application to appoint the Federal Bureau of Investigation (the "FBI") as the substitute custodian in place of the United States Marshals Service (the "USMS") with respect to the defendant Virtual Currency. Dkt. Nos. 18 and 19. The order directed the government to confirm whether and when notice of the application was provided to the USMS. Dkt. No. 19.

Following extended communications with the USMS and the FBI regarding serving as the custodian for the defendant Virtual Currency and the USMS consent to allow the FBI at this time to serve as substitute custodian, on August 13, 2025, the government's representative (*i.e.*, the undersigned AUSA) provided written and verbal notice to the USMS (as well as the FBI) of the government's intent to file an *ex parte* application for an order appointing the FBI as the substitute custodian of the defendant Virtual Currency.

Accordingly, the government asserts that it provided notice required by Local Rule E.14(83)(a).

Dated: August 19 , 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA