UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY et al,<br><br>Defendants. | Case No. 2:25-cv-04631-SB-MAR<br><br>**ORDER APPOINTING FEDERAL BUREAU OF INVESTIGATION AS SUBSTITUTE CUSTODIAN FOR DEFENDANT VIRTUAL CURRENCY** |

Plaintiff United States of America submitted an ex parte application requesting the appointment of the Federal Bureau of Investigation (FBI) as the substitute custodian for Defendant Virtual Currency.  The request was made with the consent of the United States Marshal Service (USMS), which received notice of the application.  Dkt. No. 20.

The Court may appoint a substitute custodian in place of USMS for property brought into custody by arrest or attachment, pursuant to Local Rule E.14(83)(a). Accordingly, the Court orders that, upon the arrest of the Defendant Virtual Currency, the FBI, located at 11000 Wilshire Blvd., Ste. 1700, Los Angeles, CA 90024, shall assume custody on behalf of this Court, in place of the USMS, and shall maintain custody of the Defendant Virtual Currency during the time it remains *in custodia legis*, pursuant to Rule G(3)(c)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Local Rule

1

E.14(a).  As substitute custodian of the Defendant Virtual Currency, the FBI shall perform all duties and responsibilities that the USMS is authorized to perform pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The FBI shall continue to maintain possession of the Defendant Virtual Currency in safe custody until this Court orders its release or forfeiture and it is disposed of in accordance with Rule G(7)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, or as otherwise allowed by law.  Before the delivery of the Defendant Virtual Currency after such release or disposal is ordered, all costs and charges of the FBI, as substitute custodian, must first be paid, pursuant to Rule E(5)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The Assistant United States Attorney shall promptly serve a copy of this order on the FBI to ensure proper notice of its contents.

Dated:  August 20, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

2