UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  2:25-CV-04631-SB-MAR | Date:  September 12, 2025 |

| | |
|---|---|
| Title: | United States of America v. Virtual Currency et al |
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| | |
|---|---|
| Lynnie Fahey | CourtSmart |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James Edmund Dochterman | No appearance |

**Proceedings: (Minutes of)** Status Conference **(Held and completed)**

The Court heard from counsel about the status of the case. The government shall file a status report by September 30, 2025, addressing potential claims (as discussed on the record). The Court sets a status conference on December 12, 2025, at 8:30 a.m. in Courtroom 6C. The government shall file a status report by December 2, 2025.

0:05