BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    312 North Spring Street, 11th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-2686
    Facsimile:  (213) 894-6269
    E-mail:  James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>       Defendants. | Case No. 2:25-cv-04631-SB-MAR<br><br>**GOVERNMENT'S STATUS REPORT** |

     Plaintiff United States of America ("the government") respectfully submits this status report pursuant to the Court's September 12, 2025, Minute Order, ordering the government to file a status report by September 30, 2025, addressing potential claims. Accordingly, the government responds as follows:

     (1) Pursuant to Civil Local Rule 8-3 and the potential claimant's request, on September 12, 2025, the government filed a stipulation to extend time for potential claimant Concord Music Group to respond to the initial complaint.

The new due date for potential claimant Concord Music Group to file a claim is October 17, 2025, and the new due date to file an answer is November 7, 2025.

(2)  Pursuant to Civil Local Rule 8-3 and the potential claimant's request, on or about September 17, 2025, the government filed a stipulation to extend time for potential claimant Dish Network LLC (and its affiliated companies) to respond to the initial complaint. The new due date for potential claimant Dish Network LLC (and its affiliated companies) to file a claim is October 17, 2025, and the new due date to file an answer is November 7, 2025.

(3) Pursuant to Civil Local Rule 8-3 and the potential claimant's request, on or about September 17, 2025, the government filed a stipulation to extend time for potential claimant Credit Control Corporation to respond to the initial complaint. The new due date for potential claimant Credit Control Corporation to file a claim is October 17, 2025, and the new due date to file an answer is November 7, 2025.

//

//

//

2

Only the abovementioned three potential claimants have requested an extension pursuant to Civil Local Rule 8-3 setting the claim deadline to October 17, 2025. The deadline for unidentified victims to file a claim remains October 18, 2025. The government continues to prepare and serve notices to potential claimants residing outside the United States as stated in its August 20, 2025, Status Report. Dkt. 21.

Dated: September 30, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3