RICHARD R. PATCH (State Bar No. 88049)
REES F. MORGAN (State Bar No. 229899)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     ef-rrp@cpdb.com
           ef-rfm@cpdb.com

Attorneys for Claimant
DISH NETWORK CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>Defendants. | Case No. 2:25-CV-04631<br><br>**DISH NETWORK CORPORATION'S VERIFIED CLAIM**<br><br>Trial Date:        None Set<br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |

Case No. 2:25-CV-04631

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Claimant, DISH Network Corporation ("Claimant"),[1] hereby submits this Verified Claim pursuant to the Federal Rules of Civil Procedure and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and asserts its interest in ████████ of Bitcoin ("Defendant Currency") seized by the Federal Bureau of Investigation as part of its investigation into the Qakbot conspiracy.

As set forth in the accompanying Declaration of Lawrence R. Katzin in Support of Claimant's Verified Claim ("Katzin Claim Decl."), Claimant is the sole owner of the Defendant Currency and has an interest in the Defendant Currency because it was the victim of the criminal offense underlying its forfeiture.

In February 2023, Claimant was the victim of a ransomware attack by a ransomware group that self-identified as the Black Basta Group. The attack began on February 22, 2023, and the initial point of entry was via a QBot (or "Qakbot") phishing email. Katzin Claim Decl. ¶ 3. The perpetrators of the attack exfiltrated data from Claimant's IT systems. The attack impacted the personal information of nearly 300,000 individuals, primarily current and former employees of Claimant. *Id*. ¶ 4. The exposed data included sensitive identifiers including driver's license numbers, social security numbers, and other forms of personal identification. *Id*. ¶ 5.

The threat actor issued a ransom note that contained instructions to contact the threat actor "Black Basta" in a chat portal operated by the Black Basta Group. *Id*. ¶¶ 6-7, Ex. A. After negotiation, Claimant and the threat actor agreed that Claimant would pay ████████ in exchange for the threat actor's commitment to delete the exfiltrated data. Black Basta requested that this ransom be paid in Bitcoin

---

[1] DISH Network Corporation is the parent company of DISH Network LLC. On September 17, 2025, DISH Network LLC and plaintiff United States of America filed a stipulation to extend time to respond to the complaint, which DISH Network LLC filed on behalf of itself and its affiliated companies.

and provided a Bitcoin wallet ID. *Id.* ¶¶ 8-9, Ex. B. Consequently, Claimant paid ▮▮▮▮▮▮ in Bitcoin to the threat actor on March 17, 2023. *Id.* ¶¶ 10-11, Ex. C.

In sum, Claimant respectfully submits that it is entitled to recover the Defendant Currency as the sole owner and because Claimant was the victim of the criminal offense underlying its forfeiture.

DATED:  October 16, 2025          COBLENTZ PATCH DUFFY & BASS LLP

By:     */s/ Rees F. Morgan*

REES F. MORGAN
Attorneys for Claimant
DISH NETWORK CORPORATION

COBLENTZ PATCH DUFFY & BASS LLP

ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

DISH NETWORK CORPORATION'S VERIFIED CLAIM