RICHARD R. PATCH (State Bar No. 88049)
REES F. MORGAN (State Bar No. 229899)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-rrp@cpdb.com
          ef-rfm@cpdb.com

Attorneys for Claimant
DISH NETWORK CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>    Defendants. | Case No. 2:25-CV-04631<br><br>**DECLARATION OF LAWRENCE R. KATZIN IN SUPPORT OF DISH NETWORK CORPORATION'S VERIFIED CLAIM**<br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |

KATZIN DECLARATION IN SUPPORT OF DISH NETWORK CORPORATION'S VERIFIED CLAIM

I, Lawrence R. Katzin, declare as follows:

1.      I am Senior Vice President & Deputy General Counsel at DISH Network. I held this position during the ransomware attack on Claimant discussed below. I submit this declaration in support of DISH Network Corporation ("Claimant")'s Verified Claim asserting Claimant's interest in ████████ of Bitcoin ("Defendant Currency") seized by the Federal Bureau of Investigation as part of its investigation into the Qakbot conspiracy. I make this declaration based on personal knowledge, the books and records of DISH, information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information, and, where indicated, on information and belief.

2.      Claimant is the sole owner of the Defendant Currency and has an interest in the Defendant Currency because it was the victim of the criminal offense underlying its forfeiture.

3.      In February 2023, Claimant was the victim of a ransomware attack by a ransomware group that self-identified as the Black Basta Group. The attack began on February 22, 2023, and the initial point of entry was via a QBot (or "Qakbot") phishing email.

4.      The perpetrators of the attack exfiltrated data from Claimant's IT systems. The attack impacted the personal information of nearly 300,000 individuals, primarily current and former employees of Claimant. Notably, customer databases were not accessed.

5.      The exposed data included sensitive identifiers including driver's license numbers, social security numbers, and other forms of personal identification.

6.      The threat actor issued a ransom note that contained instructions to contact the threat actor "Black Basta" in a chat portal operated by the Black Basta Group.

7.      Attached hereto as **Exhibit A** is a true and correct copy of the ransom note deployed by the threat actor to Claimant's systems informing Claimant about

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

the network breach and providing instructions on access to join a chat room to communicate.

8.    After some negotiation, both parties agreed that Claimant would pay ████████ in exchange for the threat actor's commitment to delete the exfiltrated data. Black Basta requested that this ransom be paid in Bitcoin and provided a Bitcoin wallet ID.

9.    Attached hereto as **Exhibit B** is a true and correct copy of the chat thread between the threat actor that self-identified as Black Basta and Claimant's negotiator that shows the negotiation process that ultimately concluded in the ransom payment.

10.    Consequently, Claimant paid ████████ in Bitcoin to the threat actor on March 17, 2023.

11.    Attached hereto as **Exhibit C** is a true and correct copy of the transaction receipt that shows that Claimant paid ████████ BTC to the threat actor's Bitcoin wallet. This transaction page is located at ████████████████████████████████████████ ████████.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  October 16, 2025        By:  _____

Signed by:

*Lawrence R. Katzin*
151554AAE602404...

Lawrence R. Katzin

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Case No. 2:25-CV-04631
KATZIN DECLARATION IN SUPPORT OF DISH NETWORK CORPORATION'S VERIFIED CLAIM