RICHARD R. PATCH (State Bar No. 88049)
REES F. MORGAN (State Bar No. 229899)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-rrp@cpdb.com
          ef-rfm@cpdb.com

ATTORNEYS FOR CLAIMANT
DISH NETWORK CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>Defendants. | Case No. 2:25-CV-04631<br><br>**[PROPOSED] ORDER GRANTING CLAIMANT DISH NETWORK CORPORATION'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

[PROPOSED] ORDER GRANTING CLAIMANT DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on DISH Network Corporation ("Claimant")'s Application for Leave to File Under Seal in connection with its Verified Claim ("Claim") in this action. The Court, having reviewed the Application and supporting declaration, finds good cause exists to seal the following materials

| Documents | Portions to Seal | Good Cause to Seal |
|---|---|---|
| Verified Claim | Highlighted redactions at: 2:4, 2:22, 3:2 | Ransom amount is confidential business information to Claimant, disclosure of which could expose Claimant to vulnerability or reputational harm |
| Katzin Claim Declaration | Highlighted redactions at: 2:5, 3:4, 3:11, 3:14, 3:16-17 | Ransom amount is confidential business information to Claimant, disclosure of which could expose Claimant to vulnerability or reputational harm |
| Katzin Claim Declaration Ex. A (threat actor ransom note) | Under seal | Ransom note from threat actor contains an access URL and login ID unique to the Cyberattack on Claimant allowing for contact to a malicious actor that others could use for malicious and damaging purposes |
| Katzin Claim Declaration Ex. B (threat actor communication transcript) | Under seal | Negotiation transcript between threat actor and Claimant is highly confidential to Claimant, reflecting negotiation strategy, ransom amount, and the threat actor's |

[PROPOSED] ORDER GRANTING CLAIMANT DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

| | | alleged assessment of security systems |
|---|---|---|
| Katzin Claim Declaration Ex. C (ransom payment transaction ) | Under seal | Ransom amount is confidential business information to Claimant, disclosure of which could expose Claimant to vulnerability or reputational harm |

Accordingly, it is ORDERED that Claimant's Application for Leave to File Under Seal is GRANTED.

Dated:

_____
Stanley Blumenfeld, Jr.
United States District Judge

Case No. 2:25-CV-04631

[PROPOSED] ORDER GRANTING CLAIMANT DISH'S APPLICATION FOR LEAVE TO FILE UNDER SEAL