STEVEN R. WELK (SBN 149883)
steve.welk@dentons.com
DENTONS US LLP
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
Telephone:    949 732 3700
Facsimile:    949 732 3739

Attorneys for Claimant
CONCORD MUSIC GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cv-04631-SB-MAR |
| Plaintiff, | **VERIFIED CLAIM OF CLAIMANT CONCORD MUSIC GROUP, INC.** |
| v. | |
| VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY, ETC., ET Al, | Claim Due Date:  Oct. 17, 2025<br>Answer Due Date:  Nov. 7, 2025 |
| Defendants. | Complaint Served:  August 13, 2025 |

Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, claimant Concord Music Group, Inc., a Delaware corporation ("Concord"), through its undersigned authorized representative, hereby files this Claim and asserts an interest in Three Million, Two Hundred Fifty Thousand Dollars ($3,250,000.00) (the "Claim Amount") of the value of the Defendants in this action.  This claim arises from Concord having been defrauded of the Claim Amount as a result of the scheme alleged in the Verified Complaint for Forfeiture.  The Claim Amount was paid in the form of Bitcoins.  As

/ / /

/ / /

/ / /

131417806

the rightful owner of the identified portion of the Defendant assets, Concord asserts its right to recovery and to defend this action.

Dated:  October 17, 2025

Respectfully submitted,

DENTONS US LLP

By:  */s/ Steven R. Welk*
        Steven R. Welk

Attorneys for Claimant
CONCORD MUSIC GROUP, INC.

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

- 2 -

131417806

## VERIFICATION

I, Gregg Goldman, am the EVP, Business & Legal Affairs of Claimant Concord Music Group, Inc., and am authorized to sign this verification on behalf of Claimant. I declare under penalty of perjury under the laws of the United States that I have read the foregoing Claim and that the facts stated therein are accurate to the best of my knowledge and belief.

Executed this 16th day of October at Nashville, Tennessee.

_____
Gregg Goldman
EVP, Business & Legal Affairs
Concord Music Group, Inc.

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

- 3 -

131417806