| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Steven R. Welk (SBN 149883)<br>steve.welk@dentons.com<br>DENTONS US LLP<br>4675 MacArthur Court, Suite 1250<br>Newport Beach, CA 92660<br>Telephone:  949 732 3700<br>Facsimile:  949 732 3739<br><br>ATTORNEY(S) FOR: CONCORD MUSIC GROUP, INC. | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY, ETC., ET AL.<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-04631-SB-MAR<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   CONCORD MUSIC GROUP, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Sompo International | Claimant's Insurer |

| | |
|---|---|
| October 17, 2025<br>Date | */s/ Steven R. Welk*<br>Signature<br>Steven R. Welk<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>CONCORD MUSIC GROUP, INC. |