UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-CV-04631-SB-MAR |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING CLAIMANT DISH NETWORK CORPORATION'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY, | |
| Defendants. | |

Claimant DISH Network Corporation's Application for Leave to File Under Seal in connection with its verified claim in this action is granted, and the following materials shall be filed under seal:

| Documents | Portions to Seal | Good Cause to Seal |
|---|---|---|
| Verified Claim | Highlighted redactions at: 2:4, 2:22, 3:2 | Ransom amount is confidential business information to Claimant, disclosure of which could expose Claimant to vulnerability or reputational harm |
| Katzin Claim Declaration | Highlighted redactions at: 2:5, 3:4, 3:11, 3:14, 3:16-17 | Ransom amount is confidential business information to Claimant, disclosure of which could expose Claimant to vulnerability or reputational harm |

1

| Katzin Claim Declaration Ex. A (threat actor ransom note) | Under seal | Ransom note from threat actor contains an access URL and login ID unique to the Cyberattack on Claimant allowing for contact to a malicious actor that others could use for malicious and damaging purposes |
|---|---|---|
| Katzin Claim Declaration Ex. B (threat actor communication transcript) | Under seal | Negotiation transcript between threat actor and Claimant is highly confidential to Claimant, reflecting negotiation strategy, ransom amount, and the threat actor's alleged assessment of security systems |
| Katzin Claim Declaration Ex. C (ransom payment transaction) | Under seal | Ransom amount is confidential business information to Claimant, disclosure of which could expose Claimant to vulnerability or reputational harm |

Accordingly, Claimant's application for leave to file under seal is granted.

Dated:  October 17, 2025



_____

Stanley Blumenfeld, Jr.
United States District Judge