STEVEN R. WELK (SBN 149883)
steve.welk@dentons.com
DENTONS US LLP
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
Telephone:   949 732 3700
Facsimile:   949 732 3739

Attorneys for Claimant
CONCORD MUSIC GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY, ETC., ET Al,<br><br>Defendants. | Case No. 2:25-cv-04631-SB-MAR<br><br>**VERIFIED FIRST AMENDED CLAIM OF CLAIMANT CONCORD MUSIC GROUP, INC.**<br><br>Original Claim Filed:  Oct. 17, 2025<br>Answer Due Date:  Nov. 7, 2025<br><br>Complaint Served:  August 13, 2025 |

Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, claimant Concord Music Group, Inc., a Delaware corporation ("Concord"), through its undersigned authorized representative, hereby files this First Amended Claim and asserts an interest in Three Million, Two Hundred Eighty-Five Thousand Dollars ($3,285,000.00) ("the "Claim Amount") of the value of the Defendants in this action.  This claim arises from Concord having been defrauded of the Claim Amount as a result of the scheme alleged in the Verified Complaint for Forfeiture.  The Claim Amount was paid in the form of Bitcoins.  This amended Claim amends Concord's claim filed October 17, 2025 as ECF 33, and includes $35,000.00 in transaction fees paid to facilitate the fraudulent payment of $3,250,000.00, as described in the original

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

131628435

Claim. The fees represent additional actual losses incurred by Concord as a direct result of the scheme described in the Verified Complaint and therefore represent direct losses attributable to the scheme. As the rightful owner of the identified portion of the Defendant assets, Concord asserts its right to recovery and to defend this action.

Dated: November 7, 2025

Respectfully submitted,

DENTONS US LLP

By: _/s/ Steven R. Welk_
Steven R. Welk

Attorneys for Claimant
CONCORD MUSIC GROUP, INC.

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

- 2 -

131628435

### **VERIFICATION**

I, Amanda Molter, am the General Counsel of Claimant Concord Music Group, Inc., and am authorized to sign this verification on behalf of Claimant. I declare under penalty of perjury under the laws of the United States that I have read the foregoing Claim and that the facts stated therein are accurate to the best of my knowledge and belief.

Executed this 7th day of November at Nashville, Tennessee.



DocuSigned by:

7C50FF074F00417...

Amanda Molter
General Counsel
Concord Music Group, Inc.

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

- 3 -

131628435