STEVEN R. WELK (SBN 149883)
steve.welk@dentons.com
DENTONS US LLP
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
Telephone:    949 732 3700
Facsimile:    949 732 3739

Attorneys for Claimant
CONCORD MUSIC GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY, ETC., ET Al,<br><br>Defendants. | Case No. 2:25-cv-04631-SB-MAR<br><br>**ANSWER OF CLAIMANT CONCORD MUSIC GROUP, INC.**<br><br>Original Claim Filed:  Oct. 17, 2025<br><br>First Amended Claim Filed: November 7, 2025<br>Answer Due Date:  Nov. 7, 2025<br><br>Complaint Served:  August 13, 2025 |

Pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, claimant Concord Music Group, Inc., a Delaware corporation ("Concord"), hereby admits, denies, and alleges as follows:

**JURISDICTION AND VENUE**

1.    Concord agrees that that this Court has jurisdiction over this *in rem* action brought pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

2.    Concord agrees that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3.    Concord agrees that venue lies in this District pursuant to 28 U.S.C. §§ 1355 and 1395.

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

131628576

**PERSONS AND ENTITIES**

4.     Concord does not challenge this allegation, which does not call for an admission or denial.

5.     Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph and its subparagraphs, and on that basis denies the allegations.

6.     Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

7.     Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

8.     Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

**BASIS FOR FORFEITURE**

9.     Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

10.     Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

11.     Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

12.     Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph except to the extent that Concord, as

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

- 2 -

131628576

a victim of the fraudulent scheme described in the Complaint, made payment to the operator(s) of the scheme in Bitcoin.

13.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

14.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

15.    This paragraph, describing different types of virtual currencies, does not call for an admission or denial.

16.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

17.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

18.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

19.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

20.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph or its subparagraphs, and on that basis denies the allegations.

21.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

131628576

22.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

23.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

24.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

25.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph or its subparagraphs, and on that basis denies the allegations.

26.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph, and on that basis denies the allegations.

27.    Concord has insufficient personal knowledge, information or belief to admit or deny the allegations of this paragraph or its subparagraphs, and on that basis denies the allegations.

## CLAIMS FOR RELIEF

28.    Paragraph 28 is an incorporation of prior allegations of the Complaint which does not call for an admission or denial.

29.    Paragraph 29 contains a legal conclusion to which no response is required.

30.    Paragraph 30 is an incorporation of prior allegations of the Complaint which does not call for an admission or denial.

31.    Paragraph 31 contains a legal conclusion to which no response is required.

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

131628576

32. Paragraph 32 is an incorporation of prior allegations of the Complaint which does not call for an admission or denial.

33. Paragraph 33 contains a legal conclusion to which no response is required.

## AFFIRMATIVE DEFENSE

34. Concord affirmatively asserts that it is an innocent owner within the meaning of 18 U.S.C. 983(d)(1) and (2)(A) of that portion of the defendants constituting or equaling 191.54390 BTC plus associated costs and fees as described in Concord's First Amended Claim, any portion of the defendant currency or virtual currency traceable to the BTC of which Concord was defrauded, and/or a portion of the defendants equal to the current value of 191.54390 BTC.

35. The payment of 191.54390 BTC by Concord to the operators of the fraudulent scheme, together with the costs and fees associated with such payment on or about December 16, 2022, was induced through fraud and coercion and represents actual damages suffered by Concord by operation of the fraudulent scheme described in the Complaint.  Concord paid the referenced sums under duress and did not consent to the use of its property in the fraudulent scheme. Concord is therefore entitled to recover its losses in their entirety from the proceeds of the fraudulent scheme as represented by the defendant currency and virtual currency.

## JURY DEMAND

Concord demands a trial by jury pursuant to Rule G(9) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Federal Rule of Civil Procedure 38.

/ / /

/ / /

/ / /

/ / /

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

- 5 -

131628576

WHEREFORE, Concord respectfully asks that this Court order the specific relief as requested above and such other and further relief as the Court deems just and proper, including an award of attorneys' fees and costs pursuant to 28 U.S.C. § 2465(b) should Concord substantially prevail on its claim.

Dated:  November 7, 2025

Respectfully submitted,

DENTONS US LLP

By:  __*/s/ Steven R. Welk*__
       Steven R. Welk

Attorneys for Claimant
CONCORD MUSIC GROUP, INC.

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

- 6 -

131628576