RICHARD R. PATCH (State Bar No. 88049)
REES F. MORGAN (State Bar No. 229899)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-rrp@cpdb.com
          ef-rfm@cpdb.com

Attorneys for Claimant
DISH NETWORK CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>　　　　Defendants. | Case No. 2:25-CV-04631<br><br>**CLAIMANT DISH NETWORK CORPORATION'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1; FED. R. CIV. P. 7.1)**<br><br>Trial Date:　　None Set |

TO: THE COURT AND ALL PARTIES OF RECORD:

　　Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Claimant DISH Network Corporation ("Claimant"), certifies that other than Claimant there are no other parties or entities that have a pecuniary interest in the outcome of Claimant's Claim in this case.

1  Pursuant to Fed. R. Civ. P. 7.1(a)(1), the undersigned counsel Claimant
2  certifies that; (1) DISH Network Corporation is a wholly owned indirect subsidiary
3  of EchoStar Corporation, a publicly-traded company (NASDAQ: SATS) that has no
4  parent corporation; and (2) based solely on a review of Schedule 13D and Schedule
5  13G filings with the Securities and Exchange Commission, no publicly-held
6  corporation owns more than 10% of EchoStar Corporation's stock other than
7  BlackRock, Inc.

10  DATED: November 17, 2025      COBLENTZ PATCH DUFFY & BASS LLP

13  By:      */s/ Rees F. Morgan*
            REES F. MORGAN
            Attorneys for Claimant
            DISH NETWORK CORPORATION