UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:25-CV-04631-SB-MAR | Date: | December 12, 2025 |
|---|---|---|---|

| Title: | United States of America v. Virtual Currency et al |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jonathan Galatzan | Steven R Welk |

**Proceedings: (Minutes of)** Status Conference **(Held and completed)**

The Court heard from the parties about the status of the case. The Court continues this matter to January 30, 2026, at 8:30 a.m. The government and all claimants who have appeared in the case shall file a joint status report no later than January 23. The report should address the government's efforts to complete service and provide notice to all potential claimants. The report should also address the status of the parties' discussions about the adjudication of the value of claims.

0:09

| CV-90 (12/02) | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk <u>LFA</u> |
|---|---|---|