Jeffrey L. Steinfeld (SBN: 294848)
JLSteinfeld@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Claimant*
*Minto Holdings Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $1,061,517.68 IN U.S. CURRENCY<br><br>Defendants. | Civil Action No. 2:25-CV-04631<br><br>**MINTO HOLDINGS INC.'S VERIFIED CLAIM**<br><br>Trial Date: None Set |

Minto Holdings Inc. ("Minto") hereby provides notice of its claim to the property at issue in the above-captioned matter, specifically $830,000 USD worth of virtual currency which was extorted from Minto as ransom following a cyberattack. Although Minto could not identify the attacker's actual identity, the U.S. Department of Justice ("DOJ") provided Minto with notice of this forfeiture proceeding and its indictment of Rustam Rafaielevich Gallyamov, apparently because DOJ believes Minto was a victim of Gallyamov's alleged criminal scheme. The ransomware attacks described in the Forfeiture Complaint (Para. 11) are consistent with the attack made on Minto in late December 2021, which resulted in the payment of a ransom of $830,000 USD in virtual currency. Minto also appears to be identified as a victim in Gallyamov's Indictment for this same conduct. *See United States v. Gallyamov*, Indict. ¶¶B.6, 21 (Overt Act No. 6), 2;25-cr-00340-SB (C.D. Cal. filed May 2, 2025). Accordingly, Minto believes it is the rightful owner of $830,000 USD in virtual currency of the seized funds that were unlawfully taken from Minto.

I am Minto's Chief Executive Officer and President. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2026.

_____
Michael Waters
On behalf of Minto Holding Inc.

Respectfully submitted,

/s/ Jeffrey L. Steinfeld
Jeffrey L. Steinfeld (SBN: 294848)
JLSteinfeld@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Counsel for Minto Holdings Inc.*