Jeffrey L. Steinfeld (SBN: 294848)
JLSteinfeld@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Claimant*
*Minto Holdings Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $1,061,517.68 IN U.S. CURRENCY<br><br>Defendants. | Civil Action No. 2:25-CV-04631<br><br>**MINTO HOLDINGS INC.'S ANSWER**<br><br>Trial Date: None Set |

As its Answer to the United States' Complaint in the above-captioned matter, Minto Holdings Inc. ("Minto") states as follows:

### INNOCENT OWNER DEFENSE

Minto is entitled to the defendant currency worth $830,000 USD pursuant to the innocent owner defense of 18 U.S.C. § 983(d).

### MINTO'S RESPONSE TO THE COMPLAINT'S NUMBERED PARAGRAPHS

### JURISDICTION AND VENUE

1.     The allegation in Paragraph 1 states a legal conclusion to which no response is required.

2.     The allegations in Paragraph 2 state a legal conclusion to which no response is required.

3.     The allegations in Paragraph 3 state a legal conclusion to which no response is required.

### PERSONS AND ENTITIES

4.     Admit.

5.     Admit.

    a. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5(a).

    b. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5(b).

    c. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5(c).

6.     Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.     Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.　　Minto admits that its interests may be adversely affected by these proceedings.　Minto denies having knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8.

**BASIS FOR FORFEITURE**

**I. Gallyamov is Indicted as a Result of His Orchestration of a Scheme to Infect Victim Computers and Extort Ransom Payments from Victims.**

9.　　Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.　　Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.　　Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12.　　Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.　　Admit.

14.　　Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.　　The prefatory language of Paragraph 15 does not require a response.

    a. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15(a).

    b. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15(b).

    c. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15(c).

    d. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15(d).

e. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15(e).

f. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15(f).

g. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15(g).

## II. The Defendant Assets Constitute Traceable Ransom and Laundered Proceeds.

16. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

### A. The August 2023 Wallets Held Ransom and Laundered Proceeds.

17. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. The prefatory language of Paragraph 20 does not require a response.

a. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(a).

b. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(b).

c. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(c).

d. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(d).

e. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(e).

f. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(f).

g. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(g).

h. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(h).

i. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(i).

j. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(j).

k. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(k).

l. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(l).

m. Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20(m).

**B.    The USDC Addresses and USDT Addresses Held Ransom and Laundered Proceeds that Were Used to Promote the Quakbot Conspiracy.**

21.    Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22.    Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23.    Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.     Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.     Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

    a.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25(a).

    b.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25(b).

    c.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25(c).

    d.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25(d).

    e.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25(e).

    f.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25(f).

    g.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25(g).

26.     The prefatory language of Paragraph 26 does not require a response.

    a.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26(a).

    b.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26(b).

    c.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26(c).

    d.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26(d).

e.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26(e).

f.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26(f).

g.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26(g).

h.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26(h).

i.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26(i).

**C.  The April 2025 Wallets Received Ransoms and Laundered Proceeds.**

27.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

a.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27(a).

b.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27(b).

c.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27(c).

d.  Minto denies having knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27(d).

**FIRST CLAIM FOR RELIEF**

28.  Minto incorporates its responses to the allegations set forth in Paragraphs 1 through 27, as if fully set forth herein.

29.  The allegations in Paragraph 29 state a legal conclusion to which no response is required.

1

2

3

## SECOND CLAIM FOR RELIEF

30.    Minto incorporates its responses to the allegations set forth in Paragraphs 1 through 27, as if fully set forth herein.

4

5

31.    The allegations in Paragraph 31 state a legal conclusion to which no response is required.

6

## THIRD CLAIM FOR RELIEF

7

8

32.    Minto incorporates its responses to the allegations set forth in Paragraphs 1 through 27, as if fully set forth herein.

9

10

33.    The allegations in Paragraph 33 state a legal conclusion to which no response is required.

11

## PRAYER FOR RELIEF

12

13

14

The allegations in this paragraph consist of the relief requested by the United States, to which no response is required, but Minto states it is the rightful owner to $830,000 USD of the defendant assets.

15

16    Dated:  January 21, 2026                    Respectfully submitted,

17

18                                                                  */s/ Jeffrey L. Steinfeld*

19    Jeffrey L. Steinfeld (SBN: 294848)
      JLSteinfeld@winston.com
20    WINSTON & STRAWN LLP
      333 S. Grand Avenue, 38th Fl.
21    Los Angeles, CA 90071-1543
      Telephone: (213) 615-1700
22    Facsimile: (213) 615-1750

23                                                *Counsel for Minto Holdings Inc.*

24

25

26

27

28

1                       **CERTIFICATE OF SERVICE**

2         I certify that on January 21, 2026, I electronically filed the foregoing with the

3 Clerk of the Court using the CM/ECF system, which will send a notice of electronic

4 filing to all registered parties.

5

6 Dated:  January 21, 2026                     */s/ Jeffrey L. Steinfeld*

7                                        Jeffrey L. Steinfeld

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28