TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    312 North Spring Street, 11th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-2686
    Facsimile:  (213) 894-6269
    E-mail:     James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>        Defendants,<br><br>Concord Music Group, Inc., DISH Network Corporation, and Minto Holdings, Inc.,<br><br>        Claimants, and<br><br>Marathon Fasteners and Hardware Inc.,<br><br>        Potential Claimant. | Case No. 2:25-cv-04631-SB-MAR<br><br>**JOINT STATUS REPORT** |

Plaintiff United States of America ("the government"), claimants Concord Music Group, Inc., DISH Network Corporation, and Minto Holdings, Inc. ("the claimants"), and potential claimant Marathon Fasteners and Hardware Inc., respectfully submit this status report pursuant to the Court's December 12, 2025, Minute Order ordering the government to file a status report by January 23, 2025. Dkt. 47. A status conference is scheduled for January 30, 2026, at 8:30 a.m.

The government responds as follows:

Status of Notice to Remaining International Potential Claimants

There remain two international potential claimants for which notice and translations are in-progress. The government is working closely with the Office of International Affairs ("OIA") to clarify and complete treaty requirements for the Netherlands (including document translations into Dutch), and for Austria (including document translations into German). An OIA representative asserts that recent unanticipated resource reassignments and demands contributed to this unanticipated delay. The government is making every effort to transmit the remaining two notices to international potential claimants in February 2026.

International Claimants and Potential Claimants

Marathon Fasteners and Hardware Inc., an international potential claimant, recently contacted the government and requested a twenty-eight-day extension of applicable claim and answer deadlines pursuant to Civil Local Rule 8-3. The government agreed to and filed said stipulation on January 21, 2026. Accordingly, the potential claimant's claim due date is now February 20, 2026, and the new answer date is March 13, 2026.

On or about January 14, 2026, Minto Holdings, Inc. filed a timely claim. Dkt. 49.

//

//

2

The parties respond as follows:

Claimants and Potential Claimant Adjudication of Value Discussions

Throughout this case and pursuant to the Court's recent December 12, 2025, Minute Order at Dkt. 47, the parties have held both group and one-on-one discussions regarding their respective claims and valuations thereof. The government informed the claimants and potential claimant of both its interest in a negotiated resolution and proposed framework for future discussions. At this time, all parties have expressed a collegial willingness to continue these productive discussions. While all parties are interested in negotiating an amicable resolution, at this time, all parties including the government reserve all rights.

//

//

Dated: January 22, 2026,                    Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 22, 2026,                    */s/ with permission*
REES MORGAN
Coblentz Patch Duffy & Bass LLP

Attorney for Claimant
DISH NETWORK CORPORATION

Dated: January 22, 2026,                    */s/ with permission*
STEVEN R. WELK
Dentons US LLP

Attorney for Claimant
CONCORD MUSIC GROUP

Dated: January 22, 2026,                    */s/ with permission*
JEFFREY STEINFELD
Winston & Strawn LLP

Attorney for Claimant
MINTO HOLDINGS INC.

Dated: January 22, 2026,                    */s/ with permission*
DAVID W. WILLIAMS
Angeli & Calfo LLC

Attorney for Potential Claimant
MARATHON FASTENERS AND
HARDWARE INC.

## PROOF OF SERVICE BY E-MAIL

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 11th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On January 23, 2026, I served a copy of: **JOINT STATUS REPORT** on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices. Each person has given consent to receive service by e-mail.

**TO:   SEE ATTACHED SERVICE LIST**

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 23, 2026, at Los Angeles, California.

*Gabriela Arciniega*
**GABRIELA ARCINIEGA**

3

## SERVICE LIST

Sabrina A. Larson
Coblentz Patch Duffy & Bass LLP
slarson@coblentzlaw.com

Rees Morgan
Coblentz Patch Duffy & Bass LLP
rmorgan@coblentzlaw.com

Darien Lo
Coblentz Patch Duffy & Bass LLP
dlo@coblentzlaw.com

Steve Welk
Dentons US LLP
steve.welk@dentons.com

Christopher Man
Winston & Strawn LLP
cman@winston.com

Jeffrey L. Steinfeld
Winston & Strawn LLP
JLSteinfeld@winston.com

David Williams
Angeli & Calfo LLC
davidw@angelicalfo.com