**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:25-cv-04631-SB-MAR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Virtual Currency and $2,061,517.68 in U.S. Currency | COMPLAINT / WARRANT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA James E. Dochterman
U.S. Attorney's Office
312 North Spring Street, 11th Floor Los Angeles, California 90012,
Tel.: (213) 894-2686, E-mail: James.Dochterman@usdoj.gov

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

To the FBI as Substitute Custodian: Please seize the defendant virtual currency. See Attachment A for CATS ID numbers and descriptions.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (213) 894-2686
DATE: 8/25/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: A44
District to Serve No.: A44

Signature of Authorized USMS Deputy or Clerk

Date: 8/26/2025

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 2/10/2026
Time: 9:32 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

All assets are held in the USMS-controlled wallets, except for the assets below.

FBI Custody Assets
23-FBI-008107
23-FBI-008115
23-FBI-008116
23-FBI-008117
23-FBI-008118
23-FBI-008119
23-FBI-008120

Form USM-285
Rev. 03/21

# ATTACHMENT A

| # | CATS ID | Asset Description | Type |
|---|---|---|---|
| 1 | 24-FBI-007631 | 1,867,051.090192 | USDT |
| 2 | 24-FBI-007630 | 131,864.958226 | USDT |
| 3 | 23-FBI-008092 | 0.98764847 | BTC |
| 4 | 23-FBI-008093 | 0.748382350077596 | ETH |
| 5 | 23-FBI-008094 | 2,225.664765 | TRX |
| 6 | 23-FBI-008095 | 27,440.236603 | USDT |
| 7 | 23-FBI-008096 | 12,786.27805 | USDT |
| 8 | 23-FBI-008097 | 0.0356658763729553 | ETH |
| 9 | 23-FBI-008098 | 1,000 | USDT |
| 10 | 23-FBI-008099 | 88.306384186 | TON |
| 11 | 23-FBI-008101 | 0.116887384939969 | ETH |
| 12 | 23-FBI-008102 | 50 | USDT |
| 13 | 23-FBI-008103 | 0.00008155 | BTC |
| 14 | 23-FBI-008106 | 80,248.604484476 | TON |
| 15 | 23-FBI-008107 | 63,776.869432785 | EVER |
| 16 | 23-FBI-008111 | 0.00154878 | ETH |
| 17 | 23-FBI-008113 | 162.86215848 | BTC |
| 18 | 23-FBI-008114 | 1.44223059 | BTC |
| 19 | 23-FBI-008115 | 78.74 | XMR |
| 20 | 23-FBI-008116 | 47.81 | XMR |
| 21 | 23-FBI-008117 | 1.84681961 | XMR |
| 22 | 23-FBI-008118 | 0.0235862 | XMR |
| 23 | 23-FBI-008119 | 125.0562078 | XMR |
| 24 | 23-FBI-008120 | 0.04399859 | XMR |
| 25 | 23-FBI-008121 | 0.1599822 | BTC |
| 26 | 23-FBI-008122 | 5.31848493 | BTC |
| 27 | 25-FBI-003287 | 22,622.300445 | TRX |
| 28 | 25-FBI-003283 | 718,191.493006 | USDT |
| 29 | 25-FBI-003282 | 30.86066699 | BTC |
| 30 | 25-FBI-003289 | 0.015326022542196328 | ETH |
| 31 | 25-FBI-003288 | 262.30293 | USDT |

**U.S. Department of Justice**
United States Marshals Service

Capture #: 012-2:2025-CV-04631

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:25-cv-04631-SB-MAR |
| DEFENDANT | TYPE OF PROCESS |
| Virtual Currency and $2,061,517.68 in U.S. Currency | COMPLAINT / WARRANT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA James E. Dochterman
U.S. Attorney's Office
312 North Spring Street, 11th Floor Los Angeles, California 90012,
Tel.: (213) 894-2686, E-mail: James.Dochterman@usdoj.gov

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please seize the defendant currency $839,993.06 (23-FBI-008085), $74,248.29 (23-FBI-008087), $49,914.71 (23-FBI-008088), and $1,097,361.62 (23-FBI-008089)

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

Digitally signed by JAMES DOCHTERMAN
Date: 2025.08.14 10:06:18 -07'00'

TELEPHONE NUMBER: (213) 894-2686
DATE: 8/14/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 12
District to Serve: No. 12
Signature of Authorized USMS Deputy or Clerk
Date: 8/14/2025

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 8/14/2025
Time: 2:10 [X] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Seized $839,993.06 (23-FBI-008085), $74,248.29 (23-FBI-008087), $49,914.71 (23-FBI-008088), and $1,097,361.62 (23-FBI-008089) as 2:25-cv-04631-SB-MAR on 08/14/25.

012-2:2025-CV-04631-1

Form USM-285
Rev. 03/21