```
TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2686
     Facsimile:  (213) 894-6269
     E-mail:     James.Dochterman@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY, <br><br> Defendant. | No. 2:25-cv-04631-SB-MAR <br><br> APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST THE INTERESTS OF RUSTAM RAFAILEVICH GALLYAMOV; DECLARATION OF JAMES E. DOCHTERMAN <br><br> [Fed. R. Civ. P. 55(a) and Local Rule 55-1] |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55-1 of the Local Civil Rules for the Central District of California, Plaintiff United States of America hereby respectfully applies for entry of default by the Clerk in the instant action against the interests of potential claimant Rustam Rafailevich Gallyamov ("potential claimant Gallyamov").

1  This application is based on the facts set forth in the attached Declaration of AUSA James E. Dochterman (the "Dochterman Declaration") and appearing in the Court's files.

As set forth more particularly in the Dochterman Declaration: (i) notice of this action has been published as required by the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") Rule G(4) and the Local Rules Admiralty and Maritime Claims And Asset Forfeiture Actions ("Local Rules") Rules C(3) and C(4)(a)(1); (ii) the government has provided notice of this action to potential claimant Gallyamov as required by Supplemental Rule G(4)(b) and Local Rule C(4)(a)(3); (iii) three claimants have filed a claim or answer in this action, and the time for potential claimant Gallyamov to file a claim has expired; (iv) potential claimant Gallyamov is not a minor or incompetent person; and (v) the potential claimant Gallyamov is a Russian national and is not serving in the U.S. military; therefore, the Servicemembers Civil Relief Act of 2003 does not apply.

DATED: February 10, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

 /s/ James E. Dochterman
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA