DECLARATION OF AUSA JAMES E. DOCHTERMAN

I, James E. Dochterman, hereby declare and state as follows:

1.      I am an Assistant United States Attorney in the Central District of California. In my capacity as an Assistant United States Attorney, I am chiefly responsible for the representation of the government's interest in this action, *United States v. Virtual Currency and $2,061,517.68 in U.S. Currency*, No. 2:25-cv-04631-SB-MAR.  After reviewing Plaintiff's file and records in this case, I am informed and believe that:

2.      On May 22, 2025, the government filed a Verified Complaint for Forfeiture ("Complaint") (Dkt. 1) as to Virtual Currency and $2,061,571.68 in U.S. Currency (the "defendants"), pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

3.      Process was served upon the defendant bank funds by the United States Secret Service ("USSS") in accordance with Supplemental Rule E(4)(b) on August 26, 2025. Attached hereto as Exhibit A is a true and correct copy of the executed process receipt filed with the court. Dkt. 56.

4.      Beginning on August 19, 2025, notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Publication filed with the court. Dkt. 54.

**Notice to Rustam Rafailevich Gallyamov**

5.      On November 20, 2025, the United States Department of Justice, Office of International Affairs, sent notice of the Complaint to potential claimant Rustam Rafailevich Gallyamov ("Gallyamov") via the Central Authority of the Russian Federation pursuant to the 1999 U.S.-Russian Federation Mutual Legal Assistance Treaty ("Treaty") The notice was sent by electronic transmission to Russian authorities. Attached hereto as Exhibit C is a true and correct copy of the notice packet.

10

**Deadlines**

8.      In accordance with Supplemental Rule G(5), the time for potential claimant Gallyamov to file a claim in this action expired on December 29, 2025, and the time for filing an answer expired on January 20, 2026.[4]

10.      In accordance with Supplemental Rule G(5), all interested parties who did not receive direct notice were required to file a claim no later than 60 days after the first day of publication of an official internet government forfeiture site and an answer within 21 days thereafter. The first day of publication of this action on the government forfeiture site was August 19, 2025. Accordingly, the time to file a claim for all interested parties expired on October 18, 2025, and the time for filing an answer expired on November 8, 2025.

11.      As of the date of this filing, the Clerk has not yet entered a default against the interests of potential claimant Gallyamov.

12.      Plaintiff has not received a filed claim or answer from potential claimant Gallyamov.

13.      On information and belief, potential claimant Gallyamov is not a minor or incompetent person.

14.      On information and belief, potential claimant Gallyamov is a Russian national and is not in the U.S. military service; accordingly, the Servicemembers Civil Relief Act of 2003 does not apply.

//

//

//

---

[4] The government notes that under Supp. Rule G, the claim filing deadline was thirty-five days from notice, *i.e.* Thursday, December 25, 2025 (the Christmas holiday), and December 26, 2025, was a court holiday. *See* "Court Holidays – 2025" available at https://www.cacd.uscourts.gov/clerk-services/court-holidays. The claim filing deadline thus moved to the next available non-weekend day, Monday.

11

15.     On the date of filing, this Notice of Motion and Motion for Default Judgment will be sent to the Office of International Affairs for further action.

I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on February 18, 2026, in Los Angeles, California.

/s/ James E. Dochterman
JAMES E. DOCHTERMAN