# EXHIBIT A

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:25-cv-04631-SB-MAR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Virtual Currency and $2,061,517.68 in U.S. Currency | COMPLAINT / WARRANT |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA James E. Dochterman<br>U.S. Attorney's Office<br>312 North Spring Street, 11th Floor Los Angeles, California 90012,<br>Tel.: (213) 894-2686, E-mail: James.Dochterman@usdoj.gov | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

To the FBI as Substitute Custodian: Please seize the defendant virtual currency. See Attachment A for CATS ID numbers and descriptions.

| Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | (213) 894-2686 | 8/25/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. A44 | No. A44 | | 8/26/2025 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 2/10/2026 | 9:32 | ☒ am<br>☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on* **attached USMS Cost Sheet** >>

REMARKS

All assets are held in the USMS-controlled wallets, except for the assets below.

FBI Custody Assets
23-FBI-008107
23-FBI-008115
23-FBI-008116
23-FBI-008117
23-FBI-008118
23-FBI-008119
23-FBI-008120

13

Form USM-285
Rev. 03/21

## ATTACHMENT A

| # | CATS ID | Asset Description | Type |
|---|---|---|---|
| 1 | 24-FBI-007631 | 1,867,051.090192 | USDT |
| 2 | 24-FBI-007630 | 131,864.958226 | USDT |
| 3 | 23-FBI-008092 | 0.98764847 | BTC |
| 4 | 23-FBI-008093 | 0.748382350077596 | ETH |
| 5 | 23-FBI-008094 | 2,225.664765 | TRX |
| 6 | 23-FBI-008095 | 27,440.236603 | USDT |
| 7 | 23-FBI-008096 | 12,786.27805 | USDT |
| 8 | 23-FBI-008097 | 0.0356658763729553 | ETH |
| 9 | 23-FBI-008098 | 1,000 | USDT |
| 10 | 23-FBI-008099 | 88.306384186 | TON |
| 11 | 23-FBI-008101 | 0.116887384939969 | ETH |
| 12 | 23-FBI-008102 | 50 | USDT |
| 13 | 23-FBI-008103 | 0.00008155 | BTC |
| 14 | 23-FBI-008106 | 80,248.604484476 | TON |
| 15 | 23-FBI-008107 | 63,776.869432785 | EVER |
| 16 | 23-FBI-008111 | 0.00154878 | ETH |
| 17 | 23-FBI-008113 | 162.86215848 | BTC |
| 18 | 23-FBI-008114 | 1.44223059 | BTC |
| 19 | 23-FBI-008115 | 78.74 | XMR |
| 20 | 23-FBI-008116 | 47.81 | XMR |
| 21 | 23-FBI-008117 | 1.84681961 | XMR |
| 22 | 23-FBI-008118 | 0.0235862 | XMR |
| 23 | 23-FBI-008119 | 125.0562078 | XMR |
| 24 | 23-FBI-008120 | 0.04399859 | XMR |
| 25 | 23-FBI-008121 | 0.1599822 | BTC |
| 26 | 23-FBI-008122 | 5.31848493 | BTC |
| 27 | 25-FBI-003287 | 22,622.300445 | TRX |
| 28 | 25-FBI-003283 | 718,191.493006 | USDT |
| 29 | 25-FBI-003282 | 30.86066699 | BTC |
| 30 | 25-FBI-003289 | 0.015326022542196328 | ETH |
| 31 | 25-FBI-003288 | 262.30293 | USDT |

14

Log #: 4260

**U.S. Department of Justice**
United States Marshals Service

Capture #: *012-2:2025-CV-04631* See "Instructions for Service of Process by U.S. Marshal"

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF**<br>United States of America | **COURT CASE NUMBER**<br>2:25-cv-04631-SB-MAR |
| **DEFENDANT**<br>Virtual Currency and $2,061,517.68 in U.S. Currency | **TYPE OF PROCESS**<br>COMPLAINT / WARRANT |

SERVE AT
{
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
}

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA James E. Dochterman<br>U.S. Attorney's Office<br>312 North Spring Street, 11th Floor Los Angeles, California 90012,<br>Tel.: (213) 894-2686, E-mail: James.Dochterman@usdoj.gov | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please seize the defendant currency $839,993.06 (23-FBI-008085), $74,248.29 (23-FBI-008087), $49,914.71 (23-FBI-008088), and $1,097,361.62 (23-FBI-008089)

| Signature of Attorney other Originator requesting service on behalf of | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* Digitally signed by JAMES DOCHTERMAN Date: 2025.08.14 10:06:18 -07'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | (213) 894-2686 | 8/14/2025 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 12 | No 12 | *[signature]* | 8/14/2025 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>8/14/2025 | Time<br>2:10 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*[signature]* | | |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Seized $839,993.06 (23-FBI-008085), $74,248.29 (23-FBI-008087), $49,914.71 (23-FBI-008088), and $1,097,361.62 (23-FBI-008089) as 2:25-cv-04631-SB-MAR on 08/14/25.

*012 - 2: 2025 CV-04631-1*

15

Form USM-285
Rev 03/21