# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25-CV-04631-SB-MAR |
| | ) | |
| VIRTUAL CURRENCY AND | ) | |
| $2,061,517.68 IN U.S. CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 19, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1, which consists of a copy of the notice on the www.forfeiture.gov website, and as evidenced by Attachment 2, the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2025, at Los Angeles, CA.

*Mariah Moseley Raya-Ward*

Mariah Moseley Raya-Ward
Records Examiner

16

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
## COURT CASE NUMBER: 2:25-CV-04631; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$839,993.06 U.S. Currency (23-FBI-008085) which was seized from Rustam Rafailevich Gallyamov on October 27, 2023

$74,248.29 U.S. Currency (23-FBI-008087) which was seized from Rustam Rafailevich Gallyamov on October 27, 2023

$49,914.71 U.S. Currency (23-FBI-008088) which was seized from Rustam Rafailevich Gallyamov on October 27, 2023

$1,097,361.62 U.S. Currency (23-FBI-008089) which was seized from Rustam Rafailevich Gallyamov on October 27, 2023

0.98764847 BTC - Voyage Heavy Wallet (23-FBI-008092) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

0.748382350077596 ETH - Voyage Heavy Wallet (23-FBI-008093) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

2,225.664765 TRX - Voyage Heavy Wallet (23-FBI-008094) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

27,440.236603 USDT (ERC-20) - Voyage Heavy Wallet (23-FBI-008095) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

12,786.27805 USDT (TRC-20) - Voyage Heavy Wallet (23-FBI-008096) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

0.0356658763729553 ETH - Zebra Utility Wallet (23-FBI-008097) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

1,000 USDT (ERC-20) - Zebra Utility Wallet (23-FBI-008098) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

88.306384186 TON (ERC-20) - Zebra Utility Wallet (23-FBI-008099) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

0.116887384939969 ETH - Model Limb Wallet (23-FBI-008101) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

50 USDT (ERC-20) - Model Limb Wallet (23-FBI-008102) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

0.00008155 BTC - Paper Main Wallet (23-FBI-008103) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

80,248.604484476 TON (ERC-20) - Actress Oxygen Wallet (23-FBI-008106) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

63,776.869432785 EVER - Hundred Glass Wallet (23-FBI-008107) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

0.00154878 ETH - Lift Mind Wallet (23-FBI-008111) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

162.86215848 BTC - Immense Scrub Wallet (23-FBI-008113) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

1.44223059 BTC - Project Noodle Wallet (23-FBI-008114) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

78.74 XMR - Pawnshop Nomad Wallet (23-FBI-008115) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

47.81 XMR - Iguana Western Wallet (23-FBI-008116) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

1.84681961 XMR - Issued Maze Wallet (23-FBI-008117) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

0.0235862 XMR - Skirting Gown Wallet (23-FBI-008118) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

125.0562078 XMR - Dialect Cowl Wallet (23-FBI-008119) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

0.04399859 XMR - Unfit Espionage Wallet (23-FBI-008120) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

0.1599822 BTC - Have Electric Wallet (23-FBI-008121) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

5.31848493 BTC - Road Ride Wallet (23-FBI-008122) which was seized from Rustam Rafailevich Gallyamov on August 25, 2023

131,864.958226 USDT from funds transferred from Tether on the Tronscan blockchain (24-FBI-007630) which was seized from Rustam Rafailevich Gallyamov on August 23, 2024

1,867,051.090192 USDT from funds transferred from Tether on the Ethereum blockchain (24-FBI-007631) which was seized from Rustam Rafailevich Gallyamov on August 23, 2024

30.86066699 BTC - Wallet 5 (25-FBI-003282) which was seized from Rustam Rafailevich Gallyamov on April 18, 2025

718,191.493006 USDT - Wallet 9 [TRON blockchain] (25-FBI-003283) which was seized from Rustam Rafailevich Gallyamov on April 18, 2025

22,622.300445 TRX - Wallet 12 (25-FBI-003287) which was seized from Rustam Rafailevich Gallyamov on April 18, 2025

262.30293 USDT - Wallet 12 [ETH blockchain] (25-FBI-003288) which was seized from Rustam Rafailevich Gallyamov on April 18, 2025

0.015326022542196328 ETH - Wallet 12 (25-FBI-003289) which was seized from Rustam Rafailevich Gallyamov on April 18, 2025

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (August 19, 2025) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 255 East Temple Street, Room 180, Los Angeles, CA  90012, and copies of each served upon Assistant United States Attorney James E. Dochterman, 312 N. Spring St., 11th Floor, Los Angeles, CA  90012, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney James E. Dochterman, 312 N. Spring St., 11th Floor, Los Angeles, CA  90012. This website provides answers to frequently asked questions (FAQs) about filing a petition.

19

You may file both a verified claim with the court and a petition for remission or mitigation.

Case 2:25-cv-04631-SB-MAR    Document 61-3    Filed 02/20/26    Page 7 of 7    Page ID
#:465
Case 2:25-cv-04631-SB-MAR    Document 54    Filed 02/04/26    Page 6 of 6    Page ID
#:263
Attachment 2



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 19, 2025 and September 17, 2025.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. VIRTUAL CURRENCY AND$2,061,517.68 IN U.S. CURRENCY

**Court Case No:**        2:25-CV-04631
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/19/2025 | 23.9 | Verified |
| 2 | 08/20/2025 | 23.8 | Verified |
| 3 | 08/21/2025 | 23.9 | Verified |
| 4 | 08/22/2025 | 23.9 | Verified |
| 5 | 08/23/2025 | 23.9 | Verified |
| 6 | 08/24/2025 | 23.9 | Verified |
| 7 | 08/25/2025 | 23.9 | Verified |
| 8 | 08/26/2025 | 23.9 | Verified |
| 9 | 08/27/2025 | 24.0 | Verified |
| 10 | 08/28/2025 | 23.9 | Verified |
| 11 | 08/29/2025 | 23.8 | Verified |
| 12 | 08/30/2025 | 23.8 | Verified |
| 13 | 08/31/2025 | 23.9 | Verified |
| 14 | 09/01/2025 | 23.9 | Verified |
| 15 | 09/02/2025 | 23.9 | Verified |
| 16 | 09/03/2025 | 23.9 | Verified |
| 17 | 09/04/2025 | 23.9 | Verified |
| 18 | 09/05/2025 | 23.9 | Verified |
| 19 | 09/06/2025 | 23.8 | Verified |
| 20 | 09/07/2025 | 23.8 | Verified |
| 21 | 09/08/2025 | 23.9 | Verified |
| 22 | 09/09/2025 | 24.0 | Verified |
| 23 | 09/10/2025 | 23.8 | Verified |
| 24 | 09/11/2025 | 23.8 | Verified |
| 25 | 09/12/2025 | 23.9 | Verified |
| 26 | 09/13/2025 | 23.9 | Verified |
| 27 | 09/14/2025 | 23.9 | Verified |
| 28 | 09/15/2025 | 24.0 | Verified |
| 29 | 09/16/2025 | 23.9 | Verified |
| 30 | 09/17/2025 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.