UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>Defendant. | Case No. 2:24-cv-04631-SB-MAR<br><br>**[PROPOSED] DEFAULT JUDGMENT OF FORFEITURE**<br><br>[This default judgment is not dispositive of this case] |
| CONCORD MUSIC GROUP, INC., DISH NETWORK CORPORATION, AND MINTO HOLDINGS, INC.,<br><br>Claimants. | |

On May 22, 2025, the government filed a Verified Complaint for Forfeiture as to the defendants, Virtual Currency and $2,061,517.68 in U.S. Currency (collectively, the "defendants"), pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

//

//

The Court having been duly advised of and having considered the matter,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3. Notice of this action has been given in the manner required by law. No Claim or Answer was filed in this action by potential claimant Gallyamov. The Court deems that potential claimant Gallyamov admits the allegations of the Complaint for Forfeiture to be true.

4. A default and a default judgment shall be and hereby is entered against the interests of potential claimant Gallyamov in the defendants.

5. The interests of potential claimant Gallyamov in the defendants shall be and hereby are forfeited to the United States of America, which shall dispose of potential claimant Gallyamov's interests in the defendants in the manner required by law.

Dated:

_____
Stanley Blumenfeld Jr.
United States District Judge

2