TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
        312 North Spring Street, 11th Floor
        Los Angeles, California 90012
        Telephone:  (213) 894-2686
        Facsimile:  (213) 894-6269
        E-mail:        James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUAL CURRENCY AND $2,061,517.68 IN U.S. CURRENCY,<br><br>Defendants,<br><br>CONCORD MUSIC GROUP, INC., DISH NETWORK CORPORATION, MINTO HOLDINGS, INC., AND MARATHON FASTENERS AND HARDWARE, INC.,<br><br>Claimants. | Case No. 2:25-cv-04631-SB-MAR<br><br>**GOVERNMENT'S STATUS REPORT** |

Plaintiff United States of America ("the government"), respectfully submits this status report pursuant to the Court's February 27, 2026, Minute Order ordering the government to file a status report by 9:00 a.m. on Friday, March 27, 2026.[1] The government responds as follows:

Procedural Status

On Friday, April 3, 2026, at 8:30 a.m., the government will present a Motion for the Entry of Default Judgment against only the interests of potential claimant Rustam Rafailevich Gallyamov.[2] Previously, on February 27, 2026, the Court ordered the Clerk's Office to enter a default against the interests of potential claimant Rustam Rafailevich Gallyamov, which the Clerk entered the same day.[3]

Status of Notice to Remaining International Victims/Potential Claimants

The government has directly noticed all remaining known international potential victims.

The Taiwanese potential victim's deadline to file a claim passed on February 26, 2026, and the deadline to file an answer passed on March 19, 2026.

The German potential victim's deadline to file a claim passed on March 18, 2026, but the deadline to file an answer remains April 8, 2026.

The Dutch potential victim must file a claim by April 9, 2026, and an answer by April 30, 2026.

The Austrian potential victim must file a claim by April 27, 2026, and an answer by May 18, 2026.

//

//

---

[1] Dkt. 68.

[2] Dkt. 61.

[3] Dkts. 68 and 69.

Accordingly, the government anticipates that on or about May 19, 2026, it will know with reasonable certainty the claimants with whom it may engage towards a mutually acceptable resolution of the instant matter.

Dated: March 26, 2026                                 Respectfully submitted,

                                                     TODD BLANCHE
                                                     Deputy Attorney General
                                                     BILAL A. ESSAYLI
                                                     First Assistant United States Attorney
                                                     ALEXANDER B. SCHWAB
                                                     Assistant United States Attorney
                                                     Acting Chief, Criminal Division
                                                     JONATHAN GALATZAN
                                                     Assistant United States Attorney
                                                     Chief, Asset Forfeiture & Recovery Section

                                                     /s/ James E. Dochterman
                                                     JAMES E. DOCHTERMAN
                                                     Assistant United States Attorney

3