UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-04631-SB-MAR | Date: | April 3, 2026 |
|---|---|---|---|

| Title: | United States of America v. Virtual Currency et al |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James Edmund Dochterman | No appearance |

**Proceedings: (Minutes of)** Motion for Default Judgment [61] **(Held and completed)**

The Court heard argument from counsel on its tentative ruling on Plaintiff's motion for default judgment (Dkt. No. 61). Counsel submits on the tentative order. The Court adopts its tentative, which will be entered separately. The Court sets a status conference on June 19, 2026, at 8:30 a.m in Courtroom 6C. The government is ordered to file a status report by June 12 addressing the parties' efforts to resolve this case. If the parties are unable to reach a resolution by June 12, they should prepare an expedited trial schedule.

0:03

CV-90 (12/02)                    **CIVIL MINUTES – GENERAL**                    Initials of Deputy Clerk LFA

1